UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ramiro Garcia,<br><br>　　　　Petitioner<br><br>v.<br><br>Warden Chestnut, et al.,<br><br>　　　　Respondents | Case No. 2:24-cv-02314-CDS-BNW<br><br>**Order Dismissing Petition<br>without Prejudice** |

Ramiro Garcia submitted a pro se petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. ECF No. 1-1. The Court directed Garcia to pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. ECF No. 12; 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2. More than the allotted time has passed, and Garcia has not submitted an *ifp*, paid the filing fee, or contacted the Court in any way. The Court expressly warned Garcia that failure to follow the Court's order would result in the dismissal of this action without prejudice and without further prior notice. This action is therefore dismissed.

　　　　It is ordered that this habeas matter is dismissed without prejudice.

　　　　The Clerk of Court is directed to enter judgment accordingly and close this case.

　　　　Dated: April 10, 2025

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　United States District Judge